UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSCIEL IVAN VILLALOBOS RESENDIZ,<br><br>　　　　　　　　Petitioner(s),<br><br>　　v.<br><br>KRISTI NOEM et al.,<br><br>　　　　　　　　Respondent(s). | CASE NO. 2:25−cv−02689−TMC<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Tiffany M. Cartwright, United States District Judge. All future documents filed in this case must bear the cause number 2:25−cv−02689−TMC and bear the Judge's name in the upper right hand corner of the document.

DATED December 29, 2025

　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　By: /s/ Stefanie Prather
　　　　　　　　　　　　　　　　　　　Deputy Clerk